**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>THOMAS DALTON and DAWN DALTON | Case No. 18-26013<br>Chapter 13<br>Judge Pamela S. Hollis |
| Debtors. | Confirmation hearing:<br>11/9/2018 11:30 a.m. |

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 1st day of November 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, THE SEASONS AT SOUTHBURY TOWNHOME ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED SEPTEMBER 15, 2018, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 1st day of November, 2018.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 1st day of November, 2018.

_____
Notary Public

> OFFICIAL SEAL
> MICHELLE SCALES
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:08/17/20

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Thomas Dalton
122 Lakeshore Drive
Oswego, Illinois 60543

Dawn Dalton
122 Lakeshore Drive
Oswego, Illinois 60543

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, Illinois 60090
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)